IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VONDA LEE MORTON,

    Plaintiff,

     v.

BOARD OF REGENTS OF THE
UNIVERSITY SYSTEM OF
GEORGIA,

    Defendant.

CIVIL ACTION FILE
NO. 1:05-CV-837-TWT

## OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 21] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 14]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 14] is GRANTED.

SO ORDERED, this 12 day of February, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\05\Morton\r&r.wpd